Good morning, Counsel. Good morning, Your Honor. Jeff Matura on behalf of the Town of Colorado City. May it please the Court. I would like to reserve five minutes for rebuttal, and I'll watch the call. We'll try to help you, okay? Thank you, Your Honor. We raise three primary issues on appeal, as the Court is aware. I want to focus my attention and time today, if possible, on one of those three, but just so we can set the right landscape. The first issue that we raise is whether the District Court applied the correct standard with respect to municipal liability under what I'll refer to today as 14141. The second issue dealt with findings of fact with respect to probable cause on the arrest of identified individuals. And the third issue dealt with the co-conspirator exception to the hearsay rule. I want to focus my time today on the first issue, which is the standard for municipal liability under 14141. But, of course, I'll take questions on any issue that you would like to discuss. Before you dive into it, I want to kind of clear the brush out a little bit for a second here. In part of your brief, you suggested one for such a long thing, we'll just call it the section. You claim that the text of the section is ambiguous. Wherein is it ambiguous? That brings us to the primary phrase in that section that we're here to talk about, which is the language pattern or practice. And what does that mean? And that's what the discussion was before the District Court as we got towards the end of our trial and prepared to instruct the jury. What does pattern or practice mean? And it was, well, the District Court concluded that pattern or practice created a new avenue for municipal liability, separate and apart from what we know in the traditional cases with Monell and the other related cases where you have to show the Monell standard for municipal liability. Before you go further, I want to clear just a couple of things out. If we, arguendo, take your point that pattern or practice is ambiguous, then you would look to legislative history. Do you agree there's virtually no legislative history with respect to this section? Yes, Your Honor, I do agree. Okay. Do you agree? Unfortunately, we all land on the same spot on that, which is the legislative history is sparse at best. Does 14-141 include the language under color of state law or any law? Your Honor, no, it does not. And didn't the Monell court interpret that to mean pursuant to an official policy? You're correct, Your Honor. That's what Monell holds. But your argument here today is we ought to impose or layer on a Monell requirement for the finding of liability under 14-141. That's correct, Your Honor. And if I can explain why in a little bit more detail, but you're correct. That's why we're here. That's why we're here. But you're correct. That's the framework of our argument. And if we look at the language of 14-141, and we have the phrase pattern or practice, but immediately after the words pattern or practice, it says, and I'll back up just a little bit, to engage in a pattern or practice of conduct by law enforcement officials, excuse me, officers, or by officials or employees. Now, we know that a municipality doesn't act on its own volition. It has to act through its officials, appointed officials, elected officials, employees. And that picks up on the Monell theme from our perspective, which is that a municipality can't be held liable just for being the employer. It has to have something more than vicarious liability. It has to have taken some affirmative steps through a policy or lack of training or otherwise. And by including the words – Let me just ask you this. Do you agree that civil rights statutes generally, with the Monell exception, follow a respondeat superior approach? I do agree with that, Your Honor. And it's cited in the government's brief where they cite some of those statutes. And we don't deny that that's the case. If I may respectfully explain, we view this differently because we're talking about a municipality, and we're talking about a violation of constitutional rights by a municipality, which then picks up from our perspective, it picks up the themes from Monell and other cases that followed. Because in order for there to be liability, just based upon the language of this section, there has to be a pattern or practice of conduct by an official or law enforcement officer or employee. Now – What is it you think is missing? From the statute? No. In terms of the proof. I'm sorry, Your Honor. You mean like the underlying evidence that was presented? Yeah. If there were a Monell requirement, if this was a 1983 suit, you would point to some official policy. Correct. The Board of Supervisors in San Francisco County decides that inmates should only get one meal a day. And they say that as a matter of policy. What do you think is missing here? Correct, Your Honor. Let me explain. So we know that the way this was set up in the underlying case is this instruction was given to the jury. The jury served as an advisory jury with respect to this statute. There were other issues that the jury rendered under the Fair Housing Act. After receiving the advisory verdict from the jury, Judge Holland, sitting as the district court judge, then issued his detailed injunctive order, which included findings of fact and conclusions of law, and the remedies set forth based upon those facts and law. What we believe should have happened, applying the standard as we asked the district court to apply, would be that his findings of fact and his conclusions of law would have been drafted through the lens of the correct standard. So he would have had to have concluded as a finding of fact that there was an official policy that caused the violation or there was a lack of training and there was a show of deliberate indifference. He would have set forth in his findings of fact the various standards that we asked him to set forth and then reached whatever conclusions he decided to reach. But our argument is that he started from the wrong spot. Just arguendo for a moment. Taking what Judge Hawkins just asked you, putting aside for a moment whether Judge Holland applied the wrong standard, let's assume arguendo that Monel's requirements were here. Given the evidence that came in, was there enough evidence to show it? Well, let me back up. If the evidence showed that the church leaders controlled the municipality and that they told them what to do, which was indeed a pattern or practice of the city and of the other entities involved here, would there have been enough evidence, even under a Monel standard, to find liability here? Your Honor, it's not from our perspective. Let me explain why. We don't deny it. There was a lot of testimony, a lot of evidence. You can't have, well, it was a six- or seven-week-long trial, so we all know how much evidence came in. But this is our position, Your Honor, is that there was not evidence presented at trial, either through documents or testimony, of the official policy that the government would have said led to this constitutional violation, but more importantly, whether there was the deliberate indifference by the policymakers with respect to the two communities. Again, that kind of goes to my question. I mean, again, I'm not saying what's correct or not. I'm just saying if you look at what the record shows that the church leaders supposedly said and the instructions they gave about how they were going to deal with the non-RLDS people, that would indeed establish a pattern or practice, would it not? Well, it depends how the evidence would have come out of that because the full record of the evidence showed something a little bit different than what you said. Okay. Again, I'm not saying it's correct or not. That's okay. Okay. And there's a lot of evidence in this record. Right. We understand that. Yeah. But as someone who sat there for six weeks, I have a little bit different perspective, which is certainly the government put on weeks of testimony about the teachings and the dictations and the instructions from the FLDS church, and it was their aim to try and connect those instructions to municipal conduct. The defense put on weeks of evidence in which various public officials testified where they did not follow these instructions or they made their decisions for other reasons or they weren't even present when certain instructions were made, whatever it might have been from the defense perspective. So I don't think that you can only look at the first three weeks of the trial and the evidence without looking at the second three weeks of the trial. And if Judge Holland had applied the standard that we asked him to, which was interesting in the way it played out, maybe not material to your discussion, but the jury instruction that was about to be presented to the jury had the language that we requested. It then changed at the last minute to what was actually presented to the jury. But from our perspective, if Judge Holland had applied the correct standard, he would have then viewed all the six weeks of evidence and set forth his findings of fact, starting at the same or the correct standard. Well, let me make sure I'm following your argument. Your position is not that the evidence does not substantiate Judge Holland's conclusion that there was a pattern or practice of conduct that satisfies the statute. It's that he didn't apply this Minnell standard that isn't actually in the statute. Well, Your Honor, actually, my argument is slightly different, if I could. Our argument is that Judge Holland started from the wrong spot, and therefore his findings of fact and conclusions of law are off on a different track than they should have been. We don't know what Judge Holland would have concluded with respect to his findings of fact and conclusions of law if he had started from the position that we believe he should have started from. He may have resulted in the same exact spot. It may have been different. We don't know, and that's our point. Well, but if the standard is as stated in the statute and not Minnell, you're not challenging the validity of his findings? No. Okay. No. All right. Let me ask you this, counsel. Again, all arguendo. If you're correct that Judge Holland started in the wrong spot, but we have all the facts and the evidence and so on, is this panel authorized to look at the facts as presented to determine whether they fit whatever we determine that this section means, or do we have to send it back for a new trial? It's my opinion, Your Honor, that you would send it back, but I don't think you need to send it back for a new trial. You need to send it back with instructions from Judge Holland to redraft his findings of fact and conclusions of law starting from the correct spot. Did you move for JNOV or its equivalent at the clause of evidence? I feel a no coming out. No, I feel a yes coming out. Okay. I'm looking at my trial colleague. I'm almost positive the answer is yes, Your Honor. Okay. I apologize for not knowing off the top of my head, but I believe the answer. We always do it as defense attorneys. It's better to think and consult and give an answer off the top of your head. Thank you. I believe the answer is yes, Your Honor. Okay. Thank you. And to the extent it's relevant to your question, this issue was dealt with at several – the issue that we're talking about today was dealt with at several steps in the process with Judge Holland, which we talk about in our briefing and is in the record that you can refer to. The other item I'd like to point out on this topic is, well, we know there's not a lot of case law out there giving direction and certainly no case law that's binding upon this court on how to come down on this decision. Any case anywhere that says that layers a Monell requirement on 14-141? Yes. I would cite you to the City of Columbus, Ohio case, which is referred to in our briefing. That's a district court. That's a magistrate court. It's a magistrate. It's a magistrate decision. Obviously not binding on us. And the reasoning, if I recall, was less than a paragraph. Is that a fair statement? I don't think so, Your Honor, no. I think it's more than a paragraph. Paragraphs maybe? No, I think it's a few pages if you go back and read it, unless I'm getting my cases confused, but I don't think so. It is by a magistrate judge out of Ohio. There's no doubt about that, and we agree it's not binding upon you. But it's at least one analysis that we find to be helpful, and the magistrate judge in that case went through, because the government made a similar argument to which the government makes here today, and the magistrate judge looked at whatever minimal legislative history there is,  and that is what we argue in this case. So at least you have one decision to look at. We know it's not binding upon this court. Any decisions the other way? No, Your Honor. No, there's not. Well, if there's no more questions from the panel on that topic, I would like to reserve the rest of my time for rebuttal. Very well. Thank you. Thank you. Good morning. I'll bet you disagree with him. May it please the Court. Christine Monta for the United States. Your Honor, the defendant's argument on this municipal liability issue is precisely backwards. Contrary to the defendant's argument in their briefs and here today, the Monell standard is not sort of a default standard for municipal liability or a general background rule. Rather, as this Court and the Supreme Court have recognized, and as Your Honor, Judge Smith mentioned today, the general rule for federal civil rights statutes is that respondeat superior applies. Monell carved out an exception to that general rule for Section 1983 based on that statute's specific language and legislative history. So as this Court said in Bonner v. Lewis in 1988, that standard simply can't be imported into a statute like Section 14141 that doesn't share Section 1983's language and legislative history. But in a general sense, we are talking about imposing ultimate liability on entities, governmental entities, based on the conduct of agents. Correct. And doesn't a Monell standard or some variant of it make sense, just as it does in the 1983 context? No, Your Honor, and that's what this Court said in Bonner v. Lewis. That's what this Court said in the Duval v. County of Kitsap case regarding Title II of the ADA. Both of those cases said, even though those were cases against a municipality, they said there's no reason, looking at the statute, to think that Congress intended to create this sort of restricted or eliminate the general traditional agency principles the way it did in Section 1983. It just didn't contain any of the critical language that the Monell Court focused on in Monell as saying that 1983 intended to depart from traditional agency principles. And also, obviously— The requirement of acting under color of state law. I think what Monell really focused on was—that's an important piece, but I think the critical piece was that Section 1983 has that language causes to be subjected. So what the Supreme Court said in Monell was, look, Congress, through that language, was explicitly contemplating the situation in which the tort is committed not by the defendant but by a second tortfeasor, and Congress required that in order to hold the defendant liable for that, the defendant had to have caused that second tortfeasor to act. And it's that causation language that's completely absent, both from Section 14141 and from all of these other federal statutes that permit vicarious liability against municipalities. Do you agree with your opposition that realistically here we're in a tabula rasa? There is no legislative history to speak of with respect to this statute? With regard to legislative history, I agree that there's very limited information. So we're basically looking out into the audience and finding our friends, so to speak, right? No, Your Honor. I think that—I wouldn't call it a tabula rasa because this Court is bound by its prior decision in Bonner v. Lewis. And Bonner v. Lewis sort of sets the framework for how you would do a statutory interpretation analysis in determining whether Congress intended to import Monell principles. And is the analysis that my colleague, Judge Hawkins, just referred to the correct one from your perspective? I'm sorry, which— The analysis that Judge Hawkins talked about in terms of the way tort law is dealt with, the way 1983 cases are dealt with, is that the analogy we should use here? I think the analogy in this case is to all of the federal statutes that permit vicarious liability. So the defendant is liable for the torts of its employees that are within the scope of the employment relationship. So the cases you cite, Bonner and DeVault, both involve municipalities as well, right? Correct. So from your perspective, the fact that we're dealing with primarily municipal bodies here doesn't change or tilt us toward a Monell analysis, which is the standard fare, if you will, for most municipal cases. Is that correct? Well, I agree with the first part, but as to the second part, Monell isn't the standard fare for most municipal cases. Monell is the standard fare for Section 1983. Section 1983 is an exception to the general principle that any employer, whether it's a public employer or a private employer, is liable for the torts. And that's the respondeat superior question that I asked your colleague. Is that right? Exactly, correct. Okay. Is 14141 limited to injunctive and declaratory relief? Yes. Does that make a difference that Monell is applied in the context of damage recovery? I mean, Monell also, the Supreme Court has held that the Monell standard in 1983 also applies to damage. Yes, but my point is you don't get damages under 14141. And part of the reasoning behind Monell is to limit municipal liability exposure to damages. Yes, I think that's absolutely a critical point. This is a statute that permits only injunctive and declaratory relief, and it's also a statute that permits only the United States to bring an action. So that's in stark contrast to Section 1983, which is really designed to allow individuals who have had their constitutional rights violated to seek individual relief in the form of generally damages against individual government actors. That's very different from this statute, which allows the United States to seek more sort of broader systemic relief for patterns of constitutional violations. If I understand correctly, there were at least three, perhaps more, individuals who have brought suit subsequent or at the same time as this one, perhaps under 1983, seeking damages, not injunctive relief. Is that correct? I'm not personally familiar with those. I will take defendants at their word that they've been subject to that litigation. I just want to know how, if at all, that would play into our analysis of 14141, or is that simply a separate issue that maybe deals a little bit with the evidentiary questions raised in this case? Right. I don't think that any sort of outside litigation has any bearing on the construction of this statute. My understanding is that they're raising that with regard to their claim about the district court's findings and how they may or may not have been prejudiced by those probable cause findings. I just want to make one final point, which is that, Judge Hawkins, you asked if really this makes a difference in this case, in terms of what the standard would be if even if the court had been subjected to the Monell standard, the outcome would have been different. I think based on the record in this case, even if Monell had applied, there was absolutely overwhelming evidence that the towns had an unwritten policy or custom to use their municipal resources, including their marshal's office, to advance church interests, which resulted in all of these constitutional violations. I think it was actually my colleague, Judge Smith, who asked that question, but I take your argument. Let me ask you this, Counsel. The felons in this case have raised some significant issues with respect to the use of statements by RLDS church leaders, I'm sorry, FRLDS church leaders, that bore on basically filling church or other municipal offices, what the purpose was, how to treat non-church members, and so on. Does the government have any comment about the legitimacy of considering these statements? They claim they were hearsay. What exception to the hearsay rule should we look at, or are they even hearsay? The defendants challenged sort of three categories of statements. Some of the statements, Your Honor, is correct, are not hearsay at all, because they were either instructions or directives, which are not assertions of fact, or because they were admitted just for their effect on the listener. And the court actually gave an explicit instruction telling the jury that they were admitted for that limited purpose, requested by the defendant. The bulk of the statements that defendants challenge here are the 16 transcribed dictations by Warren Jeffs. Those statements, I mean, those statements would be hearsay, but they're admissible under two exceptions to the hearsay rule, either as co-conspirator statements under Federal Rule of Evidence 802D2E, or as business records under Federal Rule of Evidence 803-6. And so if you move those categories out, the only remaining statement is this conversation, recorded conversation between Warren Jeffs and his brother Isaac that was recorded in jail, in which Isaac is relating to Warren Jeffs an important event that had been carried out by conspiracy members. So that's quite clearly in furtherance of the conspiracy, because it's apprising the conspiracy leader of this event. So that would also qualify as a co-conspirator statement. So from the government's perspective, the statements in their totality, really, that the appellants object to are all admissible either because they're not hearsay or they fall in an exception like the co-conspirator exception. Is that correct? That's correct, Your Honor, and there was certainly no abuse of discretion in admitting those statements. Did they object at the time of the trial to the introduction of these statements? Yes, they did. Yes. If there are no further questions, we would ask the Court respectfully to affirm. Thank you. All right, counsel, you have some time left. Thank you, Your Honor. Judge Lynn, with respect to your question about injunctive relief, I'd like to pick up on that, if I could, just a little bit. And we all know that injunctive relief is not the same as monetary or compensatory damages, but I think it goes one step farther than that. The clock is not moving. I won't even use all the time I have. Okay. Go ahead. I think it goes one step farther than that, and I think the analysis is a little bit deeper because we can look at what's happened in this case, what actually happened after the injunctive order was issued, and it's a very comprehensive injunctive order that has cost the municipalities a lot of money to implement. Although they didn't have to pay out compensatory damages under the statute, the monetary impact upon the municipalities has been great, and I think that brings in some of the concerns underpinning Monell about why you have a separate set of standards before you establish liability, some of the financial protection for government entities. With respect to the discussion about a second tort fees and how that was important to the 1983 issues in Monell and other cases, I go back to what I said earlier, looking at the language of 14141. It brings in conduct by other individuals, conduct by law enforcement officers, conduct by officials, conduct by employees of any governmental agency. Again, by its own language, it's not creating direct vicarious liability. It has to be creating something, and from our perspective, it's bringing in the second tort fees or idea from Monell. At least that would make the most sense. If we're going to have uniform federal statutes talking about constitutional violations by municipalities, they should apply the same standard. What's your response to the government's argument that the Bonner and Duval cases, which also involve municipalities, did not apply the Monell standard? Well, I think Monell is a creature in and of itself when you're talking about constitutional violations by a municipality. That's where Monell comes in, and this isn't a Title VII case. This isn't an ADA case or whatever it might be. This is a constitutional violation by a municipality case, and we believe that falls squarely on the footsteps of Monell, and that this section, 14141, shouldn't go off in another direction. We shouldn't now have a second exception or standard for constitutional violations by a municipality. Let me ask you, and this is a slightly different question. Sure. Since the purpose of the remedy under 14141 is injunctive relief and declaratory relief, as you know very well, you have the winter factors that have to be considered in connection with the issuance of an injunction. The first part we've kind of been talking about, but with respect to the last three prongs of winter, in your view, would those be satisfied in this case? In other words, it's your question whether I believe Judge Holland satisfied those standards. Yeah, exactly. In other words, if the correct law was applied, and I know you don't agree with that. Sure. If you argue endo, we say that. Did Judge Holland apply the other three prongs of winter correctly in this case? I believe he did. I believe he did. Our argument, as I've said a few times today, was his original starting point was incorrect. If I could just pick up, Judge Smith, briefly on your question about the hearsay issues. Sure. Just very, very briefly, because I believe it can be fully submitted on the briefs. Both parties talk in detail about it. But our argument is with respect to the co-conspirator exception that Judge Holland applied and the way that he applied it. The record tells you that he reached a tentative ruling on this issue prior to trial. He made comments in front of the jury that he believed the government had established it in the middle of their first witness. And by the second witness, second day, maybe it was third witness, but anyway, second day, he concluded that the co-conspirator exception applied before we were even launching off in this trial. And we know what the elements tell us, or what the rule tells us, the government has to establish for the co-conspirator exception to apply. As we set forth in our brief, we don't believe they established those elements in a day and a half of a six- or seven-week trial. And the negative impact upon the defendants was great for fairly obvious reasons. We had, you know, it wasn't literally witness after witness, but essentially witness after witness who was able to testify about church teachings, dictations, meetings, that didn't have anything to do with the municipalities, but they were able to come in and not be precluded by the hearsay rule under the co-conspirator exception. And so that was our primary concern, Judge, that we raised in our brief, not so much the business record issues or other hearsay issues. The thrust of our concern was the failure for Judge Holland to properly apply the rule with respect to the co-conspirator exception. If you have any questions for me on that, I'd be happy to answer them. This is kind of a tangential issue, and I don't know whether the record will fill this in, but given the state of the alleged perpetrators in this, what is the status of these municipal entities? Are they still viable? Are they still in existence? That's a good question. I'm happy to explain that. Yes, the town of Colorado City is still a legally organized town in northern Arizona, and the city of Hilldale is still in existence in southern Utah. They abut the border to each other. But what has happened since, and this goes a little bit more to Judge Lynn's point earlier, what has happened over the last two years after this injunctive order was issued is that the dynamics of the municipalities have dramatically changed. We have a court-ordered monitor overseeing the government functions. We have a police consultant. We have other changes that were made consistent with the injunctive order. The towns, frankly, to their credit, have complied with every word of Judge Holland's injunctive order. The costs have been great, and the changes have been severe, and the whole nature of these communities is changing before our eyes. I'm not here to comment about whether that's good, bad, or indifferent. At the end of the day, we think Judge Holland, again, started from the wrong spot. He may have ended in the same spot, but we will never know that because he started from the wrong spot, and that's what we're asking this court to direct Judge Holland to fix. Thank you. Thank you very much. Thanks to both counsel. The argument is very helpful. The case just argued is submitted. As I mentioned at the beginning of the hearing, we're going to take a brief five-minute recess for the courtroom to clear, except for people dealing with the next case, the Rios case. So if you'll let us know when everybody's in place, the court will take a five-minute recess at this time.
judges: Hawkins, M. Smith, Jr., Lynn